Elizabeth PIPE, Individually and as
Administratrix for the Estate
of Jason Pipe, Petitioner

v.

William C. SHEPHERD, M.D., Carson
Thompson, M.D., Robert Packer Hospital, Corning Hospital t/d/b/a Guthrie
Corning Development Hospital, Inc.
Guthrie Clinic Ltd t/d/b/a Guthrie
Clinic, a Professional Corporation t/d/b/a Guthrie Clinics Group Practice
Partnership, LLP, Respondents

No. 459 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December,
2016, the Petition for Allowance of Appeal
is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

John Vincent KENNEDY, Petitioner

No. 511 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December,
2016, the Petition for Allowance of Appeal
is **DENIED**.

Sheila K. MAYES and Stacey Mayes,
Husband and Wife, Petitioners

v.

Timothy SHOPE, M.D., and the Milton
Hershey Med. Center, a/k/a Penn State
Hershey Med. Center, Respondents

No. 441 MAL 2016

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December,
2016, the Petition for Allowance of Appeal
is **DENIED**.